# NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of:

**Case Name** _____

**Case No.** _____  **Related Adversary Case No.** _____

Check Appropriate Role Of Party The Address Change Will Affect:
   ☐ Debtor     ☐ Creditor

_____
**Name Of Party - (type or print)**

### Old Address Information:

_____
*Old* Street Address, Rural Route or Post Office Box - (type or print)

_____
*Old* City, State and Zip Code - (type or print)

### New Address Information:

_____
*New -* Street Address, Rural Route or Post Office Box - (type or print)

_____  _____  _____  _____
***New*** - City     County     State     Zip Code - (type or print)

Dated: _____     _____
                                             Signature of Person Authorizing Address Change

                                             _____
                                             Signature of Joint Debtor, if applicable

**INSTRUCTIONS**

This form must be electronically filed by authorized ECF Filers. All other parties must complete the form and cause it to be mailed or delivered to the appropriate Bankruptcy Clerk's Office:

| Bankruptcy Clerk's Office | Bankruptcy Clerk's Office | Bankruptcy Clerk's Office |
|---|---|---|
| 401 N. Market Rm 167 | 500 State Ave Rm 161 | 444 SE Quincy Rm 240 |
| Wichita KS 67202 | Kansas City KS 66101 | Topeka KS 66683 |

Revised 05/30/08